# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA L. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-1302 |
| | ) |
| CROWN CASTLE INTERNATIONAL CORPORTION, | ) |
| | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 21st day of December, 2011, the Plaintiff having filed a complaint and the Defendant, Crown Castle International, having filed an answer thereto, and the case having been initially assigned to the undersigned for all matters, including final disposition,

IT IS HEREBY ORDERED that an Initial Case Management Conference in the above-captioned case is hereby scheduled for January 25, 2012 at 1:00 p.m. in Suite 9240, 9th Floor, United States Courthouse. Pursuant to Federal Rule of Civil Procedure 26(f), the parties are to meet at least 14 days prior to the scheduled conference date for the purposes of planning discovery and the filing of their written discovery plan, which must be filed with the Court no later than 7 days prior to the conference. In addition, pursuant to Local Rule 16.2, by that same date, the parties shall file the Stipulation Selecting ADR

Process, which is available on the Court's Web site www.pawd.uscourts.gov under ADR - Alternate Dispute Resolution, ADR Program Information, ADR Stipulation Forms.

IT IS FURTHER ORDERED that on or before January 11, 2012, the plaintiff shall complete an election form, copy included herewith, either consenting to jurisdiction by the magistrate judge or electing to have a district judge assigned to the case, and shall file the form with the Clerk's Office.

s/Robert C. Mitchell
Robert C. Mitchell
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA L. HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-1302 |
| CROWN CASTLE INTERNATIONAL CORPORTION, | ) |
| Defendant. | ) |

**(Complete either Part 1 or Part 2)**

PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____    _____
                                    Signature

                                    Print Name: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (counsel of record for _____) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____    _____
                                    Signature

                                    Print Name: _____