# EXHIBIT 2

MEMORANDUM OF NON-JURY TRIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA L. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-1302 |
| ) | |
| CROWN CASTLE INTERNATIONAL ) | |
| CORPORTION, ) | |
| ) | |
| Defendant. ) | |

STATUS CONFERENCE

Before:  MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiff:

Appearing for Defendant:         Robert Prorok

Hearing begun:                   1/25/12;   1:10 p.m.

Hearing concluded:               1/25/12;   1:17 p.m.

Stenographer: None

### OUTCOME

1.) Mediation with Stephen Jordan.  Costs of mediation to be shared 50/50.

2.) All discovery ends May 31, 2012.

3.) Status Conference scheduled for May 16, 2012 at 1:00 p.m.

4.) Plaintiff's counsel to execute consent form by February 3, 2012.