# EXHIBIT 3

**Debra Harris v. Crown Castle, 11-cv-1302**
Marie Rivera Johnson    to: Joshua Smith, Esq.                    02/06/2012 09:04 PM
Cc: Robert F. Prorok

History:                This message has been replied to.

Dear Joshua,

I am following up on the voice mail I left last week. Are you available for mediation in the above-referenced case on March 23, 2012?

Marie I. Rivera-Johnson, Esq.
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
Direct:  412-297-4737
Direct Fax:    412-209-1911
mriverajohnson@cohenlaw.com



Robert F. Prorok  
Direct Dial 412.297.4697

rprorok@cohenlaw.com  
Direct Fax 412.209.1907

February 10, 2012

**VIA E-MAIL and U.S. FIRST CLASS MAIL**

Joshua Smith, Esq.  
Smith LLC  
2910 Voelkel Avenue, Suite 1  
Pittsburgh, PA 15216-2079

      Re:    **Debra L. Harris v. Crown Castle International Corporation**  
              **Civil Action No. 2:11-cv-01302 (RCM) (U.S.D.C. – W.D. Pa.)**

Dear Mr. Smith:

    Attached please find Defendant's Initial Disclosures in the above case. Additionally, attached is a proposed Stipulated Protective Order for your consideration.

    Please also be reminded that Plaintiff's Responses to Defendant's First Request for Production of Documents are due on Monday, February 13. Timely response to these discovery requests is needed in view of Plaintiff's deposition, currently scheduled for February 24.

    Finally, Defendant still awaits your reply as to Plaintiff's availability for mediation on March 23. Please contact me or my colleague Marie Rivera-Johnson as soon as possible so that we may advise the Mediator.

                                Sincerely,

                                COHEN & GRIGSBY, P.C.

                       By:    *Bob*  
                                Robert F. Prorok

RFP:csf

Enclosures

1731050_1.DOC