# EXHIBIT 4

# cohen&grigsby | a culture of performance

Robert F. Prorok  
Direct Dial 412.297.4697

rprorok@cohenlaw.com  
Direct Fax 412.209.1907

February 15, 2012

**VIA E-MAIL and U.S. FIRST CLASS MAIL**

Joshua Smith, Esq.  
Smith LLC  
2910 Voelkel Avenue, Suite 1  
Pittsburgh, PA  15216-2079

   Re: **Debra L. Harris v. Crown Castle International Corporation**  
      **Civil Action No. 2:11-cv-01302 (RCM) (U.S.D.C. – W.D. Pa.)**

Dear Mr. Smith:

  This letter is intended to follow up regarding the issues raised in my February 10, 2012 letter. Specifically, it is designed to satisfy the requirement of Federal Rule of Civil Procedure 37(a)(1) to confer prior to seeking Court intervention.

  As my February 10, 2012 letter indicates, Plaintiff's Responses to Defendant's First Request for Production of Documents are needed for Plaintiff's February 24 deposition. However, Plaintiff's Responses to Defendant's First Request for Production of Documents are overdue and there has been no request for an extension of time.

  Similarly, Defendant served its Initial Disclosures by the due date. Defendant has not received Plaintiff's Initial Disclosures or any request for additional time. This also is needed for the deposition.

  Please _immediately_ contact me to discuss the above issues in order that a motion to compel may be avoided. Thank you.

           Sincerely,

           COHEN & GRIGSBY, P.C.

         By: *Bob*  
           Robert F. Prorok

RFP:csf

1732124_1.DOC