IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA L. HARRIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   vs. | ) | Civil Action No. 11-1302 |
| | ) | |
| CROWN CASTLE INTERNATIONAL | ) | |
| CORPORATION, | ) | |
|     Defendant. | ) | |

Hearing on:  STATUS CONFERENCE

Before:  MAGISTRATE JUDGE ROBERT MITCHELL

Appears for Plaintiff:    (no one appeared)

Appears for Defendant:    Robert Prorok (by phone), Marie Rivera Johnson (by phone)

Hearing began:    May 16, 2011; 1:09 p.m.
Hearing concluded:    1:12 p.m.

1. No one appeared on the plaintiff's behalf.