```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

```
DEBRA L. HARRIS,                )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 11-1302
                                )
CROWN CASTLE INTERNATIONAL      )
CORPORTION,                     )
                                )
          Defendant.            )
```

O R D E R

AND NOW, this 23rd day of May, 2012, after the plaintiff filed an action in the above-captioned case, and after a motion to dismiss was submitted by the defendant Crown Castle International Corporation, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 14), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion to dismiss (Docket No. 11) is GRANTED.

s/ Terrence F. McVerry

United States District Judge